**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
THE JAMES MADISON PROJECT, *et al.*,      )
                                                    )
                        *Plaintiffs*,           )
                                                    )
            v.                                      )      Civil Action No. 18-3112 (KBJ)
                                                    )
CENTRAL INTELLIGENCE AGENCY,          )
                                                    )
                        *Defendant*.            )
_____ )

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's February 28, 2019, Order, the Parties respectfully file this Joint

Status Report to apprise the Court of their progress toward resolving this FOIA case, in which

Plaintiffs have requested records from the Central Intelligence Agency ("CIA").

1.      Plaintiffs seek records regarding the historical record of coordination between the

CIA and the late president George H.W. Bush prior to his time of service as Director of the CIA.

*See* Compl., ECF No. 1, ¶ 6.

2.      The CIA has completed its search and has identified approximately 30 potentially

responsive records to Plaintiffs' request.

3.      The CIA is currently processing documents for the potential release of any

responsive non-exempt records to Plaintiffs.  The CIA anticipates that it will complete its

processing of Plaintiffs' request on or about April 15, 2019.

4.      Pursuant to Section 4(c) of the Court's General Order and Guidelines Applicable

to FOIA Cases, ECF No. 5, the parties will jointly file a notice informing the Court of any

outstanding issues in this case after the CIA completes its processing of Plaintiffs' request for

records.  Because the CIA anticipates completing its response to Plaintiffs request in approximately 30 days, the Parties do not propose filing any additional status reports prior to the Section 4(c) notice.

Respectfully submitted,

*/s/ Bradley P. Moss*
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

*Counsel for Plaintiffs*

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:     */s/   Christopher Hair*
CHRISTOPHER HAIR, Pa. Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendant*