# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                    )
THE JAMES MADISON PROJECT, *et al.*, )
                                    )
    Plaintiffs,                    )
                                    )
v.                                  )   Civil Action No. 18-3112 (KBJ)
                                    )
CENTRAL INTELLIGENCE AGENCY,        )
                                    )
    Defendant.                     )
_____)

## NOTICE OF SERVICE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to the Court's General Order (ECF No. 5) and Minute Order dated July 5, 2019, Defendant, the Central Intelligence Agency ("CIA"), hereby provides notice that Defendant has caused to be served Defendant's Motion for Summary Judgment, including all supporting materials, upon Plaintiffs, the James Madison Project and Jeffrey Morley, via electronic mail.

Dated: August 9, 2019           Respectfully submitted,

                                        JESSIE K. LIU, D.C. Bar # 472845
                                        United States Attorney

                                        DANIEL VAN HORN, D.C. Bar # 924092
                                        Chief, Civil Division

                                        */s/ Christopher C. Hair*
                                        CHRISTOPHER C. HAIR, PA Bar # 306656
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 252-2541
                                        christopher.hair@usdoj.gov

                                        *Counsel for Defendant*