## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE JAMES MADISON PROJECT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * Civil Action No. 18-3112 (KBJ) <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF SERVICE OF THE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Plaintiffs, The James Madison Project and Jefferson Morley ("Plaintiffs"), respectfully submit this notification that, consistent with the Court's rules, they have served upon the defendant Central Intelligence Agency a copy of the Plaintiffs' opposition pleadings in response to the CIA's Motion for Summary Judgment.

Date: August 30, 2019

Respectfully submitted,

/s/
_____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C.  20036
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for the Plaintiffs